## Commonwealth v. International Harvester Company.

Appeal from Fleming Circuit Court.

### Same v. Same.

(Decided December 14, 1915.)

Appeal from Bracken Circuit Court.

Monopolies—Pools, Trusts and Conspiracies—Sections 3915-3921, Ky. Stats.—Under the Act of 1890 (Kentucky Statutes, sections 3915-

3921), condemning pools, trusts and conspiracies, a corporation or person that enters into a pool, trust, combination, or agreement, for the purpose of regulating, controlling, and fixing the price of property, is subject to the penalty denounced by that statute.

M. J. HENNESSEY for appellant.

WORTHINGTON, COCHRAN & BROWNING, and HUMPHREY, MIDDLETON & HUMPHREY for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE MILLER—
Reversing in each case.

These two appeals present the same question that was decided in Commonwealth v. American Tobacco Company, 167 Ky., 157, where it was held that under the act of 1890, condemning pools, trusts, and conspiracies (Kentucky Statutes, sections 3915-3921), a corporation or person that enters into a pool, trust, combination, or agreement, for the purpose of regulating, controlling, and fixing the price of property, is subject to the penalty denounced by that statute. See Gay v. Brent, 166 Ky., 833.

Since the circuit court, however, sustained a demurrer to the petition based upon the statute, *supra*, the judgment will have to be reversed in each appeal.

The question of limitation discussed in the brief is not decided.

It is so ordered.